**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRE'ELLE LANDRUM,<br>Plaintiff,<br>vs.<br>MERCEDES-BENZ FINANCIAL SERVICES USA, LLC; JONES ONTARIO ACQUISITION, LLC,<br>Defendants. | Case No. 5:24-cv-00533-AB-SP<br>**JUDGMENT** |

The May 15, 2026 defense Arbitration Award of the Honorable Kirk Nakamura, Judge Retired, of the Judicial Arbitration and Mediation Service, having been confirmed by order of this Court on July 30, 2026, and

This Court have denied plaintiff BRE'ELLE LANDRUM's Motion for Reconsideration on September 30, 2026,

IT IS ADJUDGED that plaintiff BRE'ELLE LANDRUM shall take nothing from defendant JONES ONTARIO ACQUISITION, LLC dba MERCEDES-BENZ OF ONTARIO and that judgment is entered in favor of said defendant.

Dated: October 15, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE